DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE LUIS PACHECO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2607

[October 16, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank Ledee, Judge; L.T. Case No. 22-11862CF10A.

Jose Luis Pacheco, Trenton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***